UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AARON FRANK MCGEE | CASE NO. 6:22-CV-05963 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| KEVIN POTIER ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6) filed by defendants Kevin Potier, Acadiana Movers, LLC, is GRANTED and, accordingly, all claims by Plaintiff Aaron McGee against defendants Kevin Potier, Acadiana Movers, LLC, and All American Transfer and Storage, Inc. are DISMISSED.

IT IS FURTHER ORDERED that Plaintiff Aaron McGee has fourteen days to file an amended complaint asserting a claim under the Carmack Amendment only against the sole remaining defendant in this matter, namely, Mayflower Transit, LLC.

Signed at Lafayette, Louisiana, this 7th day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE